UST-32, 3-99

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ABBOUSHI, HABIB G. | ) | Case No. 09-22508 PHX GBN |
| SAAD, RANYA A. | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| | ) | |

Roger W. Brown, Trustee, reports that the following dividend checks have been issued and not presented

for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | DEBTORS NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 04/01/2010 | HABIB ABBOUWSHI & RAYNA SAAD<br>7215 EAST NORTHRIDGE STREET<br>MESA, AZ 85207 | $1,626.90 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the

Trustee to pay over the amount of $ 1,626.90  to the Clerk of the Court to be deposited in the Registry thereof.


July 8, 2010
_____
Date

/s/ Roger W. Brown
_____
Roger W. Brown, Trustee